Submitted on record and briefs August 31, affirmed October 31, 2007, petition for review denied January 23, 2008 (344 Or 43)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SHARON MARIE RAY,
*Defendant-Appellant.*

Klamath County Circuit Court
0501831CR; A132867

170 P3d 1126

Peter Gartlan, Chief Defender, Legal Services Division, and Ryan T. O'Connor, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Kathleen Cegla, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Ortega, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Terry*, 214 Or App 56, 162 P3d 372 (2007).